UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO

| | |
|---|---|
| McGUIRE GLOBAL ENERGY, LLC )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ALI KHATIB; MARIA LURLINE LACSI )<br>KHATIB; HERMAN EPSTEIN )<br>WEST COAST EQUITY BUILDERS, LLC; )<br>TRIAGE MANAGEMENT, LP; TRIAGE )<br>CAPITAL MANAGEMENT, LP; )<br>LEON FRENKEL; SURESH MAHARAJ; )<br>DOES 1 through 100 )<br>)<br>      Defendants | Civil Action No. **'16CV2893 JM  MDD** |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff McGUIRE GLOBAL ENERGY, LLC, files this Original Complaint against, Defendants, and each of them, as set forth above.

**I.  PARTIES**

1.  Plaintiff, McGUIRE GLOBAL ENERGY, LLC, is an entity organized under the laws of the State of New Jersey .

2.  Defendant, WEST COAST EQUITY BUILDER, LLC is an entity organized under the laws of the state of New Mexico.

Defendants TRIAGE MANAGEMNT, LP and TRIAGE CAPITAL MANAGEMENT, LP are entities organized under the laws of Pennsylvania.

Defendants SURESH MAHARAJ and LEON FRENKEL reside and/or conduct business in the state of Pennsylvania, and are believed to be agents or employees of TRIAGE MANAGEMENT, LP and/or TRIAGE CAPITAL MANAGEMENT, LP.

Defendant HERMAN EPSTIEN resides and/or conducts business in the state of Florida and is believed to be an agent or employee of WEST COAST EQUITY BUILDERS, LLC.

Defendants ALI KHATIB and MARIA LURLINE LACSI KHATIB reside and/or conduct business in the state of California and are believed to be agents or employees of WEST COAST EQUITY BUILDER, LLC.

## II.  JURISDICTION AND VENUE

3. Jurisdiction for this lawsuit is based upon the residence of Defendants ALI KHATIB, MARIA LURLINE LACSI KHATIB and the entering of the contract in BEAUMONT, CALIFORNIA 92223.

## III.  CONDITIONS PRECEDENT

4. All conditions precedent have been performed or have occurred.

## IV. FACTS

5.Defendants, and each of them, induced Plaintiff to enter into a contract that required defendants to provide tank storage space and a spot allocation of 2,000,000 bbls of jet fuel and a subsequent monthly contract for 4,000,000 bbls of jet fuel of 12 months in exchange for an immediate payment of $150,000.00, pursuant to Commercial Invoices 0402016JP134 and 0402016JP135, both dated 04/20/2016.

6.Plaintiff had the required funds ($150,000.00) wired to Defendants Wells Fargo bank account number 2605635628 on 04/21/2016..

7.As of the date of the complaint, defendants, and each of them, have failed to provide Plaintiff with either tank storage or any allocation of fuel. Plaintiff does not believe the original commercial invoices were offered by defendants in good faith.

8.Plaintiff has repeatedly requested a return of the $150,000.00 per the terms of said commercial invoices. Defendants, and each of them continue to refuse to return said funds to Plaintiff.

9.Instead, Defendants, and each of them, have strung Plaintiff along while offering a series of alternative transactions, none of which defendants ever successfully complete. Plaintiff no longer believes these alternative offers have been extended in good faith.

## V. <u>CAUSE OF ACTION – BREACH OF CONTRACT</u>

10. Defendants induced plaintiff to enter into an agreement on or about April 20, 2016 whereby defendants were to provide tank storage space and a spot allocation of 2,000,000 bbls of jet fuel, and a subsequent monthly contract for 4,000,000 bbls of jet fuel for 12 months in exchange for an immediate payment of $150,000.00, pursuant to Commercial Invoices 0402016JP134 and 0402016JP135.

11. Plaintiff delivered the payment of $150,000.00 to Defendants on April 21, 2016. Defendant failed to perform its obligations under the contract following Plaintiff's performance of the condition precedent as specified in the contract which triggered Defendant's obligations to perform under the agreement in question. Defendant's acts of breach include but are not limited to:

    a. Failing to provide verifiable tank storage space for 2,000,000 bbls of jet fuel; and

    b. Failing to provide any allocation of jet fuel; and

    c. Failing to return Plaintiff's $150,000.00 as a result of their failure to deliver both the tank storage space and the jet fuel.

12. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of Plaintiff's injuries and damages.

## VI. CAUSE OF ACTION-COMMON LAW FRAUD

13. Plaintiff incorporates by reference as though set forth verbatim paragraphs 1-12 as more fully set forth above.

14. At all times material to this matter Defendant engaged in acts constituting Common Law Fraud by:

   a. making material misrepresentations;

   b. made with knowledge of the falsity of said representations as a positive assertion;

   c. intending at all times that the misrepresentations would be acted upon by Plaintiff;

   d. that Plaintiff relied upon, and acted upon, to its detriment, causing it to suffer injury.

15. Material misrepresentations made by Defendant in this action providing the basis for Plaintiff's actions in reliance there upon include but are not limited to:

   that Defendant would, after payment of a sum of $150,000.00, provide jet fuel tank storage, and an allocation of 2,000,000 bbls of jet fuel, or if unable to provide both the tanks and the fuel, return Plaintiffs $150,000.00.

16. At the time Defendant made each of the misrepresentations noted above, Defendant knew the statements to be false and made each statement, individually, and in concert, solely for the purpose of giving Plaintiff the necessary confidence to enter into the transaction with Defendant.

17. The misrepresentations noted above were intended to, and in fact, provided individual and collective bases relied upon by Plaintiff in entering into the agreement with Defendant made the basis of this complaint. Plaintiff relied upon each misrepresentation individually, and collectively as a pre-determined course of action undertaken by Defendant, in entering into the transaction set forth in the agreement between the parties providing the basis of this complaint.

18. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a basis/bases for the damages suffered by Plaintiff.

## VII. **JOINT ENTERPRISE**

19. Plaintiff incorporates by reference as though set forth verbatim paragraphs 1- 18 as more fully set forth above.

20. At all times material to this transaction, the all defendants herein operated under an implied agreement among each to induce Plaintiff to enter into the commercial invoices set forth above.

21. Under the direction of Ali Khatib, the defendants acted with a common purpose to market and sell jet fuel and tank storage space.

22. At all times material to this matter all defendants operated with a common pecuniary interest.

2.   The acts of all defendants working in concert caused Plaintiff to suffer economic damages and the actions of the entities in combination provide a basis for awarding damages to Plaintiff.  Plaintiff asks any judgment rendered for Plaintiff in this matter and be rendered as against all defendants.

## VIII.  ACTUAL DAMAGES

26.   As a direct and result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff suffered damages including

  a.   loss of the reasonably anticipated benefit from the resale of the material made the subject of the contract for purchase entered into by the parties;
  b.   loss of use of funds provided to Defendant in satisfying conditions precedent for the purpose of triggering Defendant's obligations to perform under the contract in question
  b.   Attorney's Fees; and
  c.   Other miscellaneous damages Plaintiff can establish

## IX. EXEMPLARY DAMAGES

27.   As a direct result of acts of actual fraud on the part of the Defendant, Plaintiff should be awarded exemplary damages.

## X. JOINT LIABILITY

28.   Plaintiff asks that any judgment for Plaintiff in this matter be rendered as against all defendants as members of a "Joint Enterprise" as plead herein by Plaintiff.

## XI. JURY TRIAL

15.     Plaintiff hereby demands trial by jury.

## *PRAYER*

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants jointly and severally for all actual damages, pre- and post-judgment interest at the maximum legal rate, costs of court, and such other and further relief, at law or in equity, to which the Plaintiff may be entitled.

Respectfully submitted,

_____
James J Filicia
SBN No. 135022
**Law Office Of James J Filicia**
3790 via De La Valle Suite 123E
Del Mar, CA   92014
Filicialaw@jamesfilicia.com
jjf@jamesfilicia.com
Telephone: (858) 509-9300
Facsimile: (858) 509-9301
**COUNSEL FOR PLAINTIFF**