UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 3, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

McGuire Global Energy, LLC,

        Plaintiff,

    v.

Ali Khatib et al.,

        Defendants.

17-cv-02040 VAP (SPx)

**ORDER RE: DISMISSAL FOR FAILURE TO PROSECUTE**

      A trial was set in this case for October 23, 2018.  (Doc. No. 38.)  On May 18, 2018, Plaintiff filed a stipulation of voluntary dismissal as to Defendants Leon Frenkel, Triage Capital Management, LP and Triage Management, LP.  (Doc. No. 56.)  On June 26, 2018, the Court dismissed this action as to Defendants Ali Khatib and Maria Lurline Lacsi Khatib for lack of prosecution. (Doc. No. 80.)  The Court denied Plaintiff's Motion Seeking Relief from Dismissal on August 7, 2018.  (Doc. No. 81.)  Since that time, no parties submitted any filings in the case.  On November 1, 2018, the Court issued an Order to Show Cause for Failure to Prosecute.  (Doc. No. 82.)  Plaintiff responded, but the response was stricken by the clerk.  (Doc. No. 84, 86.)

      Plaintiff filed a Request for Entry of Default Judgment against Defendants, but  the Clerk notified it that the request did "not meet the criteria for Clerk's Default Judgment."  (Doc. No. 18.)  Plaintiff did not file a revised Request.  (Doc. No. 85 at 2.)

1

Federal Rule of Civil Procedure 41(b) provides for involuntary dismissal of claims where a plaintiff either fails to prosecute or to comply with a court order. Fed. R. Civ. Pro. 41(b). "The district court has the inherent power *sua sponte* to dismiss a case for lack of prosecution." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986); *see also Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.") "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link*, 370 U.S. at 629-30.

The Court therefore DISMISSES this action as to remaining Defendants Epstein, West Coast Equity Builders, LLC, and Suresh Maharaj for lack of prosecution, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41. The Court also DISMISSES the claims of Cross Claimants Triage Management, LP, Leon Frenkel and Triage Capital Management, LP as to Cross Defendants Herman Epstein and West Coast Equity Builders, LLC.

**IT IS SO ORDERED.**

Dated: 4/3/19

Virginia A. Phillips
Chief United States District Judge