# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
APR 4, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

McGuire Global Energy, LLC,

        Plaintiff,

v.

Ali Khatib et al.,

        Defendants.

5:17-cv-02040-VAP (SPx)

# JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Dismissing this case for want of prosecution, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/4/19

                              Virginia A. Phillips
                              Chief United States District Judge